IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ROXANNA L. COHEN,<br><br>            Defendant. | Case No. 2:11-mc-00082 WBS EFB<br><br>CONSENT JUDGMENT |

    Pursuant to the Settlement Agreement between the parties and filed with this Court, Doc. #1, judgment in the amount of One Hundred Thirteen Thousand, Eight Hundred Seventy Nine Dollars and Twenty-four Cents ($113,879.24) is entered in favor of plaintiff United States of America and against defendant Roxanna L. Cohen.

    IT IS SO ORDERED.

DATED:   October 26, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE